**FILED**
CLERK, U.S. DISTRICT COURT

Oct 30, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSEF COHEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHA RECOVERY CORP., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 2:14-cv-01367-SVW-JC<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this _30th_ day of October, ~~2012~~ 2014

_____
The Honorable Stephen V. Wilson

Order to Dismiss - 1